DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

TERRY ANTHONY CAMPBELL, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-4192

————————————————

February 16, 2024

Appeal from the Circuit Court for Sarasota County; Donna Marie Padar,
Judge.

Howard L. Dimmig, II, Public Defender, and Susan M. Shanahan,
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Sonia C. Lawson,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.


CASANUEVA, KHOUZAM, and LUCAS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.